1  PHILLIP A. TALBERT
   United States Attorney
2  LAURA JEAN BERGER
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00177-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONDITIONS OF PRETRIAL RELEASE; ORDER |
| v. | DATE: February 2, 2022 |
| JESUS MANUEL MORFIN VILLA, | TIME: 1:30 p.m. |
| Defendant. | COURT: Hon. Stanley A. Boone |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, in collaboration with Pretrial Services Officer Jessica McConville, hereby stipulate that the defendant shall have additional conditions of release in addition to those previously imposed by this Court. *See* Dkt. No. 40. Defendant is scheduled to be released from Turning Point Quest House on February 6, 2022. The parties stipulate that the following conditions contained in the proposed order shall be imposed upon the defendant's release from Turning Point Quest House.

IT IS SO STIPULATED.

\\\

\\\

\\\

STIPULATION REGARDING CONDITIONS OF RELEASE; ORDER

1

| | |
|---|---|
| Dated:  January 26, 2022 | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ LAURA JEAN BERGER<br>LAURA JEAN BERGER<br>Assistant United States Attorney |
| Dated:  January 26, 2022 | /s/ STEVEN CRAWFORD<br>STEVEN CRAWFORD<br>Counsel for Defendant<br>JESUS MANUEL MORFIN VILLA |

## ORDER SETTING ADDITIONAL CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these additional conditions:

(1) The defendant must reside at a location approved by the pretrial services officer and not move or absent himself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

(2) The defendant must seek and/or maintain employment and provide proof of same as requested by his pretrial services officer; and

(3) The defendant must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.  The defendant must pay all or part of the costs of the counseling services based on his ability to pay, as determined by the pretrial services officer.

IT IS SO ORDERED.

Dated:  **January 26, 2022**

_____
UNITED STATES MAGISTRATE JUDGE