PHILLIP A. TALBERT
United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00177-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| JESUS MANUEL MORFIN VILLA, ET AL., | DATE: January 11, 2023 |
| Defendants. | TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on January 11, 2023.

2. By this stipulation, defendants now move to continue the status conference until April 12, 2023, and to exclude time between January 11, 2023, and April 12, 2023, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports, laboratory reports, extensive audio footage, and transcripts. Discovery has been produced directly to counsel and/or made available for inspection and copying.

   b) The parties are in ongoing plea negotiations.

   c) Counsel for defendants desire additional time to consult with their clients, discuss a potential resolution of the case, conduct investigation and research related to the charges, and to review and copy discovery for this matter.

   d) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   e) The parties anticipate they will be ready to pick a trial date at the next status conference date.

   f) The government does not object to the continuance.

   g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

   h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 11, 2023 to April 12, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

2

| | |
|---|---|
| Dated:  January 5, 2023 | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ JESSICA A. MASSEY<br>JESSICA A. MASSEY<br>Assistant United States Attorney |
| Dated:  January 5, 2023 | /s/ STEVEN L. CRAWFORD<br>STEVEN L. CRAWFORD<br>Counsel for Defendant<br>JESUS MANUEL MORFIN VILLA |
| Dated:  January 5, 2023 | /s/ DAVID A. TORRES<br>DAVID A. TORRES<br>Counsel for Defendant<br>OMAR VAYAS DURAN |

## ORDER

IT IS SO ORDERED that the status conference is continued from January 11, 2023, to **April 12, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv). <u>If the parties do not resolve the case in advance of the next status conference, they shall be prepared to set a trial date at the status conference hearing</u>.

IT IS SO ORDERED.

Dated:  **January 6, 2023**        /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE