PHILLIP A. TALBERT
United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS MANUEL MORFIN VILLA,<br><br>Defendant. | CASE NO. 1:21-CR-00177-ADA-BAM<br><br>STIPULATION TO VACATE STATUS DATE, SET FOR CHANGE OF PLEA, AND EXCLUDE TIME; ORDER<br><br>DATE: April 12, 2023<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status conference on April 12, 2023.

2.      By this stipulation, defendant now moves to vacate the status conference and set the matter for change of plea before the Hon. Ana de Alba, U.S. District Judge, on April 24, 2023, and to exclude time between April 12, 2023, and April 24, 2023, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes investigative reports, laboratory reports, extensive audio footage, and transcripts. Discovery has been produced directly to counsel and/or made available for inspection and

copying.  The government is aware of its ongoing discovery obligations.

b)      On today's date, defense counsel provided the government with a signed copy of the plea agreement for defendant Morfin-Villa.

c)      Counsel for defendant desires additional time to consult with his client, discuss the resolution of the case, conduct investigation and research related to the charges and ultimate sentencing, and to review and copy discovery for this matter.

d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)      The government does not object to the continuance.

f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 12, 2023 to April 24, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  April 3, 2023                              PHILLIP A. TALBERT
                                                   United States Attorney


                                                   /s/ JESSICA A. MASSEY
                                                   JESSICA A. MASSEY
                                                   Assistant United States Attorney


Dated:  April 3, 2023                              /s/ STEVEN L. CRAWFORD
                                                   STEVEN L. CRAWFORD
                                                   Counsel for Defendant
                                                   JESUS MANUEL MORFIN
                                                   VILLA


## ORDER

IT IS SO ORDERED that the status conference set for April 12, 2023, is vacated. A change of plea hearing is set for **April 24, 2023, at 8:30 a.m. before District Judge Ana de Alba**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).


IT IS SO ORDERED.

Dated:   **April 5, 2023**                    /s/ Barbara A. McAuliffe
                                              UNITED STATES MAGISTRATE JUDGE