PHILLIP A. TALBERT
United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS MANUEL MORFIN VILLA,<br><br>Defendant. | CASE NO. 1:21-CR-00177-ADA-BAM<br><br>STIPULATION TO CONTINUE CHANGE OF PLEA HEARING AND EXCLUDE TIME;  ORDER<br><br>DATE: April 24, 2023<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for change of plea on April 24, 2023, before the before the Hon. Ana de Alba, U.S. District Judge.

2. Due to the recent unavailability of the Court on that date, the parties now agree and move to continue the matter for change of plea on May 1, 2023, and to exclude time between April 24, 2023, and May 1, 2023, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports, laboratory reports, extensive audio footage, and transcripts. Discovery has been produced directly to counsel and/or made available for inspection and

copying. The government is aware of its ongoing discovery obligations.

      b)      The parties have filed defendant's signed plea agreement on the docket.

      c)      Counsel for defendant desires additional time to consult with his client, discuss the resolution of the case, conduct investigation and research related to the charges and ultimate sentencing, and to review and copy discovery for this matter.

      d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)      The government does not object to the continuance.

      f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

      g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 24, 2023 to May 1, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 14, 2023                               PHILLIP A. TALBERT
                                                     United States Attorney

                                                     /s/ JESSICA A. MASSEY
                                                     JESSICA A. MASSEY
                                                     Assistant United States Attorney

Dated: April 14, 2023

/s/ STEVEN L. CRAWFORD
STEVEN L. CRAWFORD
Counsel for Defendant
JESUS MANUEL MORFIN VILLA

IT IS SO ORDERED.

Dated: __April 17, 2023__

_____
UNITED STATES DISTRICT JUDGE