UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS MANUEL MORFIN VILLA,<br><br>Defendant. | No. 1:21-cr-00177-ADA-BAM<br><br>ORDER REGARDING MOTION TO TERMINATE CJA APPOINTMENT<br><br>(ECF No. 88) |

Having reviewed the notice and found that Attorney Steven L. Crawford has completed the services for which he was appointed, the Court hereby grants Attorney Steven L. Crawford's request for leave to withdraw as defense counsel in this matter. Should the Defendant seek further legal assistance, he is advised to contact the Office of the Federal Defender. If appropriate, the officer will arrange for the reappointment of counsel to assist the Defendant.

The Clerk of the Court is directed to serve a copy of this order on Defendant Jesus Manuel Morfin Villa at the Bureau of Prisons and to update the docket to reflect Defendant's pro se status and contact information.

IT IS SO ORDERED.

DATED: February 28, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE