# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00177-KJM-BAM-1 |
| Plaintiff, | ORDER REQUIRING GOVERNMENT TO SHOW CAUSE WHY BOND SHOULD NOT BE RETURNED TO SURETY |
| v. | |
| JESUS MANUEL MORFIN VILLA, | **FOURTEEN DAY DEADLINE** |
| Defendant. | |

Following an initial detention order on July 8, 2021 (ECF No. 23), Defendant Jesus Manuel Morfin Villa's motion for bail review was heard on November 3, 2021 (ECF No. 37). Defendant's motion was granted, and he was ordered released with conditions, including a $1,000.00 cash bond. (ECF No. 40.) On November 5, 2021, Fatima Vallejo posted a cash bond in the amount of $1,000.00 (Receipt # CAE100049440). (ECF No. 38.) Defendant and the surety were advised that the bond "will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence." (ECF No. 39 at 2.)

On May 1, 2023, Defendant entered a guilty plea to a charged offense pursuant to a written plea agreement.[1] (ECF Nos. 70, 75.) On August 14, 2023, Defendant was sentenced to a

---

[1] At this time, Defendant was in custody pursuant to a detention order following a revocation of pretrial release. (ECF Nos. 51, 54.)

1

1    custodial term of 168 months and was ordered remanded to the custody of the United States

2    Marshal. (ECF No. 86.) Defendant is currently serving his sentence.[2]

3         Given Defendant has reported to serve his sentence, the Court shall order the Government

4    to show cause in writing withing **fourteen (14) days** of entry of this order why the $1,000.00

5    appearance bond should not be released to the surety. If the Government does not respond to this

6    show cause order in writing, that lack of response will be construed as a non-opposition to an

7    order by the Court directing the Clerk of Court to return the bond to the address of the surety on

8    file.

9

10   IT IS SO ORDERED.

11   Dated:  __June 25, 2025__

12                                       STANLEY A. BOONE
                                    United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

[2] See United States v. Basher, 629 F.3d 1161, 1165 & n.2 (9th Cir. 2011) (taking judicial notice of publicly available information from the Federal Bureau of Prisons Inmate Locator).