# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00177-KJM-BAM-1 |
| Plaintiff, | ORDERING EXONERATING BOND AND DIRECTING CLERK OF COURT TO RECONVEY CASH BOND TO SURETY |
| v. | |
| JESUS MANUEL MORFIN VILLA, | |
| Defendant. | |

Following an initial detention order on July 8, 2021 (ECF No. 23), Defendant Jesus Manuel Morfin Villa's motion for bail review was heard on November 3, 2021 (ECF No. 37). Defendant's motion was granted, and he was ordered released with conditions, including a $1,000.00 cash bond. (ECF No. 40.) On November 5, 2021, Fatima Vallejo posted a cash bond in the amount of $1,000.00 (Receipt # CAE100049440). (ECF No. 38.) Defendant and the surety were advised that the bond "will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence." (ECF No. 39 at 2.)

On May 1, 2023, Defendant entered a guilty plea to a charged offense pursuant to a written plea agreement. (ECF Nos. 70, 75.) On August 14, 2023, Defendant was sentenced to a custodial term of 168 months and was ordered remanded to the custody of the United States Marshal. (ECF No. 86.) Defendant is currently serving his sentence.

On June 25, 2025, the Court ordered that the Government show cause in writing why the bond should not be released to the surety. (ECF No. 123.) On July 2, 2025, the Government filed a non-opposition to the return of the bond to the surety. (ECF No. 124.)

The Court finds that Defendant has complied with the conditions of his bond and that no conditions remain to be satisfied.

Accordingly, IT IS ORDERED THAT the $1,000 cash bond posted by Fatima Vallejo on behalf of Jesus Manuel Morfin Villa is exonerated. The Clerk of Court is DIRECTED to serve a copy of this order and return the $1,000 cash bond to Fatima Vallejo at the address on record.

IT IS SO ORDERED.

Dated:  **July 2, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2